

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HALLE DEVELOPMENT, INC., *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. WMN-00-2678 |
| ANNE ARUNDEL COUNTY, MARYLAND, *et al.* | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## STIPULATION

Plaintiffs Halle Development, Inc. and Halle Enterprises, Inc. (hereinafter "Plaintiffs"), by and through their attorney, John R. Greiber, Jr., and Defendant Anne Arundel County, Maryland (hereinafter "County"), by and through its attorneys, Linda M. Schuett, Patricia A. Logan and Hamilton F. Tyler, hereby stipulate as follows:

1. The County stipulates, agrees, and states that any and all acts alleged and set forth in the facts and various counts contained within the Plaintiffs' Complaint filed in the above-captioned litigation that relate to any of the individual Defendants Janet Owens, Robert Neall, John Gary, Jr., O. James Lighthizer, Jerome Klasmeier, Thomas Andrews, Robert Dvorak, Dennis Parkinson, Adrian Teel, Denis Canavan, Stephen Cover, Ardath Cade, and Thomas Osborne, were in fact acts or actions taken on behalf of the Defendant Anne Arundel County, Maryland and that any and all such acts were authorized by and enured to the benefit of the Defendant Anne Arundel County, Maryland.

" APPROVED " THIS 23rd DAY
OF October, 2000

_____
UNITED STATES DISTRICT JUDGE

2. The Plaintiffs, in consideration of the above Stipulation by the County, do hereby stipulate, agree and state that it shall dismiss the above-captioned action against Defendants Janet Owens, Robert Neall, John Gary, Jr., O. James Lighthizer, Jerome Klasmeier, Thomas Andrews, Robert Dvorak, Dennis Parkinson, Adrian Teel, Denis Canavan, Stephen Cover, Ardath Cade, and Thomas Osborne. Additionally, Plaintiffs agree to dismiss Count VI-Fraud in the Inducement, Count VII-Deceit, Count VIII-Civil Conspiracy, and Count XIII-Negligence against all Defendants and Plaintiffs agree to dismiss all claims for punitive damages against all Defendants in all counts.

3. In consideration of the County's above-referenced Stipulation, Plaintiffs agree to cause and effectuate a dismissal of the individual Defendants and the counts and claims set forth above by executing a Stipulation of Dismissal with Prejudice contemporaneously with the execution of this Stipulation in the form attached hereto as Exhibit A.

_____
Linda M. Schuett (Federal Bar No. 02450)
County Attorney

_____
Patricia A. Logan (Federal Bar No. 09093)
Senior Assistant County Attorney

_____
Hamilton F. Tyler (Federal Bar No. 09423)
Assistant County Attorney
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888
*Attorneys for Defendants Anne Arundel County, Janet Owens, Denis Canavan and Jerome Klasmeier*

_____
John R. Greiber, Jr.
121 Cathedral Street, Suite 200
Annapolis, Maryland 21401
(410) 269-0050
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HALLE DEVELOPMENT, INC., *et al.*       *

    Plaintiffs                                    *

v.                                                       *       Civil Action No. WMN-00-2678

ANNE ARUNDEL COUNTY,              *
MARYLAND, *et al.*
                                                       *
    Defendants
                                                       *

\*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL DEFENDANTS, PUNITIVE DAMAGE CLAIMS AND COUNTS VI, VII, VIII AND XIII

Plaintiffs Halle Development, Inc. and Halle Enterprises, Inc. (hereinafter "Plaintiffs"), by and through their attorney, John R. Greiber, Jr., and Defendant Anne Arundel County, Maryland (hereinafter "County"), by and through its attorneys, Linda M. Schuett, Patricia A. Logan and Hamilton F. Tyler, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that the following claims asserted by Plaintiffs in the above-captioned litigation are dismissed with prejudice:

    1.    The parties stipulate that all claims against Defendants Janet Owens, Robert Neall, John Gary, Jr., O. James Lighthizer, Jerome Klasmeier, Thomas Andrews, Robert Dvorak, Dennis Parkinson, Adrian Teel, Denis Canavan, Stephen Cover, Ardath Cade, and Thomas Osborne are dismissed with prejudice

    2.    The parties stipulate that Count VI-Fraud in the Inducement, Count VII-Deceit,



Count VIII-Civil Conspiracy, and Count XIII-Negligence are dismissed with prejudice as to all Defendants, including Anne Arundel County.

    3.    Plaintiffs agree to dismiss with prejudice all claims for punitive damages against all Defendants, including Anne Arundel County, in all counts.

_____
Linda M. Schuett (Federal Bar No. 02450)
County Attorney

_____
Patricia A. Logan (Federal Bar No. 09093)
Senior Assistant County Attorney

_____
Hamilton F. Tyler (Federal Bar No. 09423)
Assistant County Attorney
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888
*Attorneys for Defendants Anne Arundel County, Janet Owens, Denis Canavan and Jerome Klasmeier*

> John R. Greiber, Jr.
> 121 Cathedral Street, Suite 200
> Annapolis, Maryland 21401
> (410) 269-0050
> *Attorney for Plaintiffs*

APPROVED AND SO ORDERED

_____
William M. Nickerson
United States District Judge

P:\DATA\SHARED\LAW\HFT\Halle\Pleadings\Stipulation-dsm-DC.wpd