IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HALLE DEVELOPMENT, INC., *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. WMN-00-2678 |
| ANNE ARUNDEL COUNTY, MARYLAND, *et al.* | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF INDIVIDUAL DEFENDANTS, PUNITIVE DAMAGE CLAIMS
AND COUNTS VI, VII, VIII AND XIII**

Plaintiffs Halle Development, Inc. and Halle Enterprises, Inc. (hereinafter "Plaintiffs"), by and through their attorney, John R. Greiber, Jr., and Defendant Anne Arundel County, Maryland (hereinafter "County"), by and through its attorneys, Linda M. Schuett, Patricia A. Logan and Hamilton F. Tyler, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that the following claims asserted by Plaintiffs in the above-captioned litigation are dismissed with prejudice:

1. The parties stipulate that all claims against Defendants Janet Owens, Robert Neall, John Gary, Jr., O. James Lighthizer, Jerome Klasmeier, Thomas Andrews, Robert Dvorak, Dennis Parkinson, Adrian Teel, Denis Canavan, Stephen Cover, Ardath Cade, and Thomas Osborne are dismissed with prejudice

2. The parties stipulate that Count VI-Fraud in the Inducement, Count VII-Deceit,

Count VIII-Civil Conspiracy, and Count XIII-Negligence are dismissed with prejudice as to all Defendants, including Anne Arundel County.

3. Plaintiffs agree to dismiss with prejudice all claims for punitive damages against all Defendants, including Anne Arundel County, in all counts.

_____
Linda M. Schuett (Federal Bar No. 02450)
County Attorney

_____
Patricia A. Logan (Federal Bar No. 09093)
Senior Assistant County Attorney

_____
Hamilton F. Tyler (Federal Bar No. 09423)
Assistant County Attorney
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888
*Attorneys for Defendants Anne Arundel County, Janet Owens, Denis Canavan and Jerome Klasmeier*

_____
John R. Greiber, Jr.
121 Cathedral Street, Suite 200
Annapolis, Maryland 21401
(410) 269-0050
*Attorney for Plaintiffs*

APPROVED AND SO ORDERED

_____ 10/23/00
William M. Nickerson
United States District Judge

P:\DATA\SHARED\LAW\HFT\Halle\Pleadings\Stipulation-dsm-DC.wpd