


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HALLE DEVELOPMENT, INC., et al. :
                                  :
v.                                : Civil Action WMN-00-2678
                                  :
ANNE ARUNDEL COUNTY,              :
MARYLAND, et al.                  :

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 9th day of May 2001, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant's Motion to Dismiss or, in the Alternative, Motion to Stay (Paper No. 4) is hereby DENIED as moot;

2. That Defendant's Second Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Paper No. 11) is hereby GRANTED;

3. That this case is hereby CLOSED;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of

record.

                                                _____
                                                William M. Nickerson
                                                United States District Judge